**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| LINDA WAFER | CIVIL ACTION NO. 03-1976 |
| VERSUS | JUDGE S. MAURICE HICKS, JR |
| JOHN E. POTTER | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

This matter is before the Court on a Motion for Summary Judgment made by the Defendant, John E. Potter, Postmaster General of the United States of America, pursuant to Fed. R. Civ. P. Rule 56. [Doc. No. 20] Defendant moved for summary judgment on the discrimination and retaliation claims made by Plaintiff, Linda Wafer, pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, et seq. After reviewing the entire record, the Court finds that there are no genuine issues of material fact in dispute, and that summary judgment is proper on these claims as a matter of fact and law.

Therefore:

**IT IS ORDERED** that Defendant's Motion for Summary Judgment [Doc. No. 20] be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint [Doc. No. 1] be and is hereby **DISMISSED** in its entirety.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 3rd day of January, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE